1  Mark E. Ellis – 127159
   mellis@ecplslaw.com
2  Wendy D. Vierra – 210058
   wvierra@ecplslaw.com
3  Ellis, Coleman, Poirier, LaVoie, & Steinheimer LLP
   555 University Avenue, Suite 200
4  Sacramento, CA 95825
   Telephone:    (916) 283-8820
5  Facsimile:    (916) 283-8821

6  Attorneys for Defendant
   National Enterprise Systems, Inc.
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                         SAN JOSE DIVISION

11

12 EVELINE HENRIETTE ROSENBERRY,           Case No.: C07 05822PVT

          Plaintiff,                       **NATIONAL ENTERPRISE SYSTEMS,**
13                                         **INC.'S DISCLOSURE STATEMENT**
   v.                                      **PURSUANT TO FEDERAL RULE OF**
14                                         **CIVIL PROCEDURE 7.1**
   NATIONAL ENTERPRISE SYSTEMS, INC., an
15 Ohio corporation,

16        Defendants.

17

18

19     Pursuant to Federal Rule of Civil Procedure Rule 7.1 and to enable Judges and Magistrate

20 Judges to evaluate possible disqualification or recusal, National Enterprise Systems Inc. certifies that

21 there is no publicly held corporation that owns 10% or more of its stock.

22

23 Dated: December 12, 2007
                                           Ellis, Coleman, Poirier, LaVoie, & Steinheimer LLP
24

25
                                           By _____
26                                              Wendy D. Vierra
                                                Attorneys for Defendant
27                                              National Enterprise Systems, Inc.

28
                                            - 1 -
   _____
   NATIONAL ENTERPRISE SYSTEMS, INC.'S DISCLOSURE STATEMENT PURSUANT TO
         FEDERAL RULE OF CIVIL PROCEDURE 7.1 - C07 05822PVT

## CERTIFICATE OF SERVICE

I, Nichole M. Pruitt, declare:

I am a citizen of the United States, am over the age of eighteen years, and am not a party to or interested in the within entitled cause. My business address is 701 University Avenue, Suite 150, Sacramento, CA 95825.

On December 12, 2007, I served the following document(s) on the parties in the within action:

**NATIONAL ENTERPRISE SYSTEMS, INC.'S DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1 - C07 05822PVT**

| | |
|---|---|
| X | **VIA ELECTRONIC SERVICE**: The above-described document(s) will be delivered electronically through the Court's ECF/PACER electronic filing system, as stipulated by all parties to constitute personal service, to the following: |

| | |
|---|---|
| **Fred W. Schwinn**<br>Consumer Law Center, Inc.<br>12 South First Street<br>Suite 1014<br>San Jose, CA 95113-2403<br>408-294-6100<br>Fax: 408-294-6190<br>Email: fred.schwinn@sjconsumerlaw.com | Attorney For : Plaintiff: Eveline Henriette Rosenberry |

I declare under penalty of perjury under the laws of the State of California that the foregoing is a true and correct statement and that this Certificate was executed on December 12, 2007.

By _____
Nichole M. Pruitt

- 2 -