1  Fred W. Schwinn (SBN 225575)
   CONSUMER LAW CENTER, INC.
2  12 South First Street, Suite 1014
   San Jose, California  95113-2418
3  Telephone Number: (408) 294-6100
   Facsimile Number: (408) 294-6190
4  Email Address: fred.schwinn@sjconsumerlaw.com

5  Attorney for Plaintiff
   EVELINE HENRIETTE ROSENBERRY

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| EVELINE HENRIETTE ROSENBERRY,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>NATIONAL ENTERPRISE SYSTEMS,<br>INC., an Ohio corporation,<br><br>　　　　　　Defendant. | Case No.  C07-05822-PVT<br><br>**CONSENT TO PROCEED<br>BEFORE A UNITED STATES<br>MAGISTRATE JUDGE** |

In accordance with the provisions of Title 28, U.S.C. §636(c), the undersigned party in the above-caption civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.  Appeals from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

　　　　　　　　　　　　　　　　　　　　　　CONSUMER LAW CENTER, INC.

Dated: February 1, 2008　　　　　　　　　By: /s/ Fred W. Schwinn
　　　　　　　　　　　　　　　　　　　　　　Fred W. Schwinn, Esq.
　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　　　　　　EVELINE HENRIETTE
　　　　　　　　　　　　　　　　　　　　　　ROSENBERRY