Mark E. Ellis – 127159
Wendy D. Vierra – 210058
David B. Leas – 238326
Ellis, Coleman, Poirier, LaVoie, & Steinheimer LLP
555 University Avenue, Suite 200
Sacramento, CA 95825
Telephone:  (916) 283-8820
Facsimile:  (916) 283-8821

Attorneys for Defendants:
National Enterprise Systems, Inc.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| EVELINE HENRIETTE ROSENBERRY,<br><br>    Plaintiff,<br><br>v.<br><br>NATIONAL ENTERPRISE SYSTEMS, INC., an Ohio corporation,<br><br>    Defendants. | Case No.: C07 05822PVT<br><br>**CONSENT TO JURISDICTION BY A<br>UNITED STATES MAGISTRATE JUDGE** |

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have United States Magistrate Judge, Patricia V. Trumbull conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: March 3, 2008

                                        Ellis, Coleman, Poirier, LaVoie, & Steinheimer LLP

                                        By _____
                                              Mark E. Ellis - 127159
                                              Attorneys for Defendants
                                              National Enterprise Systems, Inc.

1  CERTIFICATE OF SERVICE

2  I, Nichole M. Pruitt declare:

3  I am a citizen of the United States, am over the age of eighteen years, and am not a party to or interested in the within entitled cause. My business address is 701 University Avenue, Suite 150, Sacramento, CA 95825.

On March 3, 2008, I served the following document(s) on the parties in the within action:

**CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

| X | **VIA ELECTRONIC SERVICE**: The above-described document(s) will be delivered electronically through the Court's ECF/PACER electronic filing system, as stipulated by all parties to constitute personal service, to the following: |
|---|---|

**Fred W. Schwinn**          Attorney For : Plaintiff: Eveline Henriette
Consumer Law Center, Inc.    Rosenberry
12 South First Street
Suite 1014
San Jose, CA 95113-2403
408-294-6100
Fax: 408-294-6190
Email: fred.schwinn@sjconsumerlaw.com

I declare under penalty of perjury under the laws of the State of California that the foregoing is a true and correct statement and that this Certificate was executed on March 3, 2008.

By _____
Nichole M. Pruitt