1  Fred W. Schwinn (SBN 225575)
   CONSUMER LAW CENTER, INC.
2  12 South First Street, Suite 1014
   San Jose, California  95113- 2418
3  Telephone Number: (408) 294-6100
   Facsimile Number: (408) 294-6190
4  Email Address: fred.schwinn@sjconsumerlaw.com

5  Attorney for Plaintiff
   EVELINE HENRIETTE ROSENBERRY

6

7

8           **IN THE UNITED STATES DISTRICT COURT**
           **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
9                    **SAN JOSE DIVISION**

10  EVELINE HENRIETTE ROSENBERRY,          Case No. CO7-05822-PVT

11                         Plaintiff,       **NOTICE OF UNAVAILABILITY OF**
                                            **COUNSEL**
12  v.

13  NATIONAL ENTERPRISE SYSTEMS,
    INC., an Ohio corporation,
14
                           Defendants.
15

16      **NOTICE IS HEREBY GIVEN TO ALL PARTIES AND THEIR ATTORNEYS OF**

17  **RECORD** that Plaintiff's counsel, FRED W. SCHWINN, is unavailable on the following dates:

18              March 30, 2008, through April 19, 2008, inclusive.

19      Counsel will be unavailable for any purpose whatsoever, including but not limited to,

20  receiving notices of any kind, responding to ex-parte applications, appearing in court or attending

21  depositions.

22                                          CONSUMER LAW CENTER, INC.

23

24  Dated: March 4, 2008                    By: /s/ Fred W. Schwinn
                                                Fred W. Schwinn, Esq.
25                                              Attorney for Plaintiff
                                                EVELINE H. ROSENBERRY
26

27

28

NOTICE OF UNAVAILABILITY OF COUNSEL                          Case No.  CO7-05822-PVT