UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTE ORDER

MAGISTRATE JUDGE PATRICIA V. TRUMBULL

Date: 3/4/08

COURT REPORTER: FTR        Clerk: Corinne Lew

Case No:C 07-5822 PVT        Case Title: Rosenberry  vs.  National Enterprise Systems, Inc.

| Appearances for Plaintiff(s) | Appearances for Defendants(s) |
|---|---|
| Ben Dupre specially for Fred Schwin | David Leas |
|  |  |

PROCEEDINGS

Pretrial Conferences:    [ ] Initial        [ ] Status        [ ] Discovery
                         [ ] Settlement     [ ] Final         [] Motion
                         [ ] Other          [X ] Case Management Conference

| Pltf. | Deft. | **MOTIONS** |
|---|---|---|
| [ ] | [] | 1. |
| [ ] | [ ] | 2. |
| [ ] | [ ] | 3. |
| [ ] | [ ] | 4. |

DISPOSITION

[ ] Granted            [ ] Submitted           [ ] Settled
[ ] Denied             [ ] Briefs to be filed  [ ] Not Settled
[ ] Granted in part, denied in part            [ ] Off Calendar

Briefing Schedule:    Opening                    Answer
                      Reply

[X ] Court Referred Parties to Court Mediation.  Jury Trial set for 3/16/09 at 9:30 a.m.; Pretrial Conference set for 3/3/09 at 2:00 p.m.

ORDER TO BE PREPARED BY

[ ] Plaintiff       [ ] Defendant       [X ] Court       [ ] Court w/opinion