UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EVELINE HENRIETTE ROSENBERRY,<br><br>             Plaintiff,<br><br>   v.<br><br>NATIONAL ENTERPRISE SYSTEMS, INC.,<br><br>             Defendant. | Case No.: C 07-05822 PVT<br><br>**CASE MANAGEMENT<br>CONFERENCE ORDER** |

On March 4, 2008, the parties appeared before Magistrate Judge Patricia V. Trumbull for a Case Management Conference. Based on the parties' Joint Case Management Statement, and the discussions held at the Case Management Conference,

IT IS HEREBY ORDERED that the court adopts the parties' statement of disputed factual and legal issues as set forth in the Case Management Conference Statement.

IT IS FURTHER ORDERED that the deadline for joinder of any additional parties, or other amendments to the pleadings, is sixty days after entry of this order.

IT IS FURTHER ORDERED that the following modifications are made to the presumptive limits on discovery set forth in the Federal Rules of Civil Procedure:

    initial disclosures shall be served no later than November 14, 2008.

1    IT IS FURTHER ORDERED that the parties shall participate in mediation pursuant to
2 the stipulation electronically filed on February 15, 2008.
3    IT IS FURTHER ORDERED that the following schedule shall apply to this case:
4    Plaintiff's Designation of Experts with Reports . . . . . . . . . . . . . . . . . November 14, 2008
5    Defendant's Designation of Rebuttal Experts with Reports . . . . . . . . November 21, 2008
6    Fact Discovery Cutoff . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . October 31, 2008
7    Expert Discovery Cutoff . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . December 1, 2008
8    Deadline(s) for Filing Discovery Motions . . . . . . . . . . . . . . . . . *See* Civil Local Rule 26-2
9    Last Day for Dispositive Motion Hearing[1] . . . . . . . . . . . . . . . January 27, 2009 at 10AM
10   Final Pretrial Conference . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . March 3, 2009 at 2PM
11   Trial . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . March 16, 2009
12   IT IS HEREBY ORDERED that the parties shall comply with the Standing Order for
13 Civil Practice in Cases Assigned for All Purposes to Magistrate Judge Patricia V. Trumbull  (rev.
14 1/5/06), a copy of which is available from the clerk of the court,[2] with regard to the timing and
15 content of the Joint Pretrial Statement, and all other pretrial submissions.
16 Dated:    *March 5, 2008*

_____
PATRICIA V. TRUMBULL
United States Magistrate Judge

---

[1]    This is the last date for *hearing* dispositive motions.  Any such motions must be noticed in compliance with Civil Local Rule 7-2(a).

[2]    A copy of Judge Trumbull's standing order is also available on the court's website at www.cand.uscourts.gov by clicking first on the "Judges" button, then on Judge Trumbull's name, then on the "Magistrate Judge Trumbull's Standing Orders" link, and finally on the bullet for "Mag Judge Trumbull's General Order for all purposes (01/5/06)."