1  Fred W. Schwinn (SBN 225575)
   CONSUMER LAW CENTER, INC.
2  12 South First Street, Suite 1014
   San Jose, California  95113-2418
3  Telephone Number: (408) 294-6100
   Facsimile Number: (408) 294-6190
4  Email Address: fred.schwinn@sjconsumerlaw.com

5  Attorney for Plaintiff
   EVELINE HENRIETTE ROSENBERRY
6

7

8  **IN THE UNITED STATES DISTRICT COURT
   FOR THE NORTHERN DISTRICT OF CALIFORNIA
9  SAN JOSE DIVISION**

10 EVELINE HENRIETTE ROSENBERRY,            Case No.  C07-05822-PVT

11                 Plaintiff,
                                            **ASSOCIATION OF COUNSEL**
12 v.

13 NATIONAL ENTERPRISE SYSTEMS,
   INC., an Ohio corporation,
14
                   Defendant.
15

16 TO THE CLERK OF THE COURT AND COUNSEL OF RECORD HEREIN:

17        PLEASE TAKE NOTICE that Fred W. Schwinn of the Consumer Law Center, Inc., counsel

18 of record for Plaintiff, EVELINE HENRIETTE ROSENBERRY, hereby associates Ronald Wilcox,

19 Attorney at Law, 2160 The Alameda, First Floor, Suite F, San Jose, California  95126-1122, as co-

20 counsel for Plaintiff, EVELINE HENRIETTE ROSENBERRY, in the above-captioned matter.

21        It is requested that both offices be served with all further correspondence, documents,

22 discovery, and pleadings.

23                                          CONSUMER LAW CENTER, INC.

24

25 Dated:  April 28, 2008                    By: /s/ Fred W. Schwinn
                                                 Fred W. Schwinn, Esq.
26                                               Attorney for Plaintiff
                                                 EVELINE HENRIETTE
27                                               ROSENBERRY

28