1  Fred W. Schwinn (SBN 225575)
   CONSUMER LAW CENTER, INC.
2  12 South First Street, Suite 1014
   San Jose, California 95113-2418
3  Telephone Number: (408) 294-6100
   Facsimile Number: (408) 294-6190
4  Email Address: fred.schwinn@sjconsumerlaw.com

5  Attorney for Plaintiff
   EVELINE HENRIETTE ROSENBERRY
6

7

8  **IN THE UNITED STATES DISTRICT COURT
   FOR THE NORTHERN DISTRICT OF CALIFORNIA
9  SAN JOSE DIVISION**

10 | EVELINE HENRIETTE ROSENBERRY, | Case No. C07-05822-PVT |
| --- | --- |
| Plaintiff, | |
| v. | **PLAINTIFF'S NOTICE OF DISCOVERY PROPOUNDED TO DEFENDANT, NATIONAL ENTERPRISE SYSTEMS, INC.** |
| NATIONAL ENTERPRISE SYSTEMS, INC., an Ohio corporation, | |
| Defendant. | |

16  **COMES NOW** the Plaintiff, EVELINE HENRIETTE ROSENBERRY, by and through

17 counsel, Fred W. Schwinn of the Consumer Law Center, Inc., and hereby notifies the Court that on

18 the 29th day of April, 2008, Interrogatories numbered 1 through 18 inclusively, have been submitted

19 for answer by Defendant, NATIONAL ENTERPRISE SYSTEMS, INC., in accordance with Rule

20 33 of the Federal Rules of Civil Procedure, within thirty (30) days from the date of service thereof.

21      You will please take notice that the party filing these Interrogatories demands answers under

22 oath in accordance with the rules of civil procedure. These Interrogatories are continuing and

23 require supplemental answers if additional information is obtained between the time of answering

24 and the time of trial.

25      ADDITIONALLY, Plaintiff notifies the Court that she has also served a Request for

26 Production of Documents in accordance with Rule 34 of the Federal Rules of Civil Procedure

27 containing 37 paragraphs upon Defendant, NATIONAL ENTERPRISE SYSTEMS, INC., and that

28 these discovery requests are to be responded to within thirty (30) days.

1  ADDITIONALLY, Plaintiff notifies the Court that she has also served a Request for Admissions in accordance with Rule 36 of the Federal Rules of Civil Procedure, containing 21 paragraphs upon Defendant, NATIONAL ENTERPRISE SYSTEMS, INC., and that these discovery requests are to be responded to within thirty (30) days.

CONSUMER LAW CENTER, INC.

By: /s/ Fred W. Schwinn
Fred W. Schwinn (SBN 225575)
12 South First Street, Suite 1014
San Jose, California  95113-2418
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email: fred.schwinn@sjconsumerlaw.com
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

The undersigned, Fred W. Schwinn, does hereby certify that he caused a true and correct copy of the above and foregoing document to be deposited in the United States mail, postage prepaid, addressed to the following:

Mark E. Ellis
Ellis, Coleman, Poirier, LaVoie, & Steinheimer LLP
555 University Avenue, Suite 200
Sacramento, CA  95825
    Attorney for Defendant

on this, the 29th day of April, 2008.

/s/ Fred W. Schwinn
Fred W. Schwinn