Ronald Wilcox SBN 176601
LAW OFFICE OF RONALD WILCOX
2160 The Alameda, 1st Flr., Suite F
San José, CA 95126-1001
Tel: (408) 296-0400
Fax: (408) 296-0486
Email: ronaldwilcox@yahoo.com

Attorney for Plaintiff

## U.S. DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORIA
## SAN JOSE DIVISION

Eveline Rosenberry,           )
                              )
        Plaintiff,            )
                              )
                              )    Case No.: 07-05822 PVT
National Enterprise Systems, Inc., )
        Defendants.           )
                              )

**ORDER DENYING DEFENDANT'S REQUEST TO BE EXCUSED FROM MEDIATION**

The request to be excused from Mediation by Defendant National Enterprise Systems, Inc. is DENIED, since it does not comply with ADR LR 6-9 in that the request: 1) was not timely filed, 2) not timely served, and 3) fails to demonstrate an unjustifiable hardship.

~~The Court notes Defendant's insurance representative has not filed any request to be excused, and thus has not been excused. Defendant is reminded of its obligations relating to insurance representative's participation under ADR LR 6-9(c).~~

Plaintiff shall serve a copy of this Order on Defendants, the Mediator and the ADR Unit, via fax.

Dated: 4/30/08

ADR Magistrate Judge Brazil

ORDER DENYING DEFENDANT'S REQUEST TO BE EXCUSED FROM MEDIATION   1