# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Rosenberry,<br><br>        Plaintiff(s),<br><br>v.<br><br>National Enterprise Systems, Inc.,<br><br>        Defendant(s). | No. C 07-05822 PVT MED<br><br>**Certification of ADR Session** |

*Instructions*: *The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.*

1. I hereby certify that the parties in this matter held a ☒ Mediation or ☐ ENE session on (date) __05/08/08__

2. Did the case settle? ☒ fully   ☐ partially   ☐ no

3. If the case did not settle fully, is any follow-up contemplated?

   ☐ another session scheduled for (date) _____

   ☐ phone discussions expected by (date) _____

   ☐ no

4. **IS THIS ADR PROCESS COMPLETED?**   ☒ YES   ☐ NO

Dated: __5/9/08__

Mediator, Gregory D. Walker
Attorney/Mediator/Arbitrator
6114 La Salle Ave., #440
Oakland, CA 94611-2802

**Certification of ADR Session**
07-05822 PVT MED