1  Fred W. Schwinn (SBN 225575)
   CONSUMER LAW CENTER, INC.
2  12 South First Street, Suite 1014
   San Jose, California 95113-2418
3  Telephone Number: (408) 294-6100
   Facsimile Number: (408) 294-6190
4  Email Address: fred.schwinn@sjconsumerlaw.com

5  Attorney for Plaintiff
   EVELINE HENRIETTE ROSENBERRY
6

7

8  **IN THE UNITED STATES DISTRICT COURT
   FOR THE NORTHERN DISTRICT OF CALIFORNIA
9  SAN JOSE DIVISION**

10 | EVELINE HENRIETTE ROSENBERRY, | Case No. C07-05822-PVT
11 |                               Plaintiff, |
12 | v.                            | **STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER**
13 | NATIONAL ENTERPRISE SYSTEMS,  |
14 | INC., an Ohio corporation,    | Fed. R. Civ. P. 41(a)(1)
15 |                               Defendant. |

16      Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff, EVELINE HENRIETTE ROSENBERRY, and

17 Defendant, NATIONAL ENTERPRISE SYSTEMS, INC., stipulate, and the Court hereby orders,

18 as follows:

19      1.    The dispute between the parties has been settled, therefore, the claims asserted

20 by Plaintiff, EVELINE HENRIETTE ROSENBERRY, against Defendant, NATIONAL

21 ENTERPRISE SYSTEMS, INC., in the above-captioned proceeding are hereby dismissed, with

22 prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

-2-

Dated: May 30, 2008

/s/ Fred W. Schwinn
Fred W. Schwinn, Esq.
Attorney for Plaintiff
EVELINE HENRIETTE
ROSENBERRY

Dated: May 30, 2008

/s/ Mark E. Ellis
Mark E. Ellis
Attorney for Defendant
NATIONAL ENTERPRISE
SYSTEMS, INC.

THE FOREGOING STIPULATION
IS APPROVED AND IS SO ORDERED.

Dated: _____

The Honorable Patricia V. Trumbull
United States Magistrate Judge

-2-

STIPULATION OF DISMISSAL WITH PREJUDICE                                                                 Case No.  C07-05822-PVT